**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-2315**

———————

ANGELA SPAIN,

                    Plaintiff - Appellant,

        v.

CELLCO PARTNERSHIP, d/b/a Verizon Wireless,

                    Defendant – Appellee,

        and

VERIZON COMMUNICATIONS, INC.,

                    Defendant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  David C. Keesler, Magistrate Judge.  (3:10-cv-00139-DCK)

———————

Submitted:  April 18, 2013          Decided:  April 22, 2013

———————

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Angela Spain, Appellant Pro Se.  Austin F. Breen, Kimberly Quade Cacheris, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Spain appeals the magistrate judge's order granting Cellco Partnership's motion for summary judgment in her civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2012), and North Carolina law.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Spain v. Cellco P'Ship, No. 3:10-cv-00139-DCK (W.D.N.C. Sept. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c)(1) (West 2006 & Supp. 2012).

2